STEPHEN ALLEN, Plaintiff, and SANDRA MORRISON-ALLEN, Appellant, v MERCYFIRST, Respondent.

Submitted March 3, 2014; decided April 8, 2014

Motion for reargument of motion for leave to appeal denied [*see* 22 NY3d 860 (2014)].